**BROWN v. STATE.**

No. 23187.

Court of Criminal Appeals of Texas.
June 27, 1945.

Wm. Yelderman, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of theft in the County Court of Travis County and sentenced to thirty days in the county jail.

The record is before us without bills of exception or statement of facts. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.